UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                              CRIMINAL NO. 09-cr-20597

v.

                                            HON. PATRICK J. DUGGAN

WILLIAM BYRON JOHNSON,

      Defendant.
_____/

## **ORDER**

For the reasons stated in the government's motion for leave to dismiss the indictment as to defendant WILLIAM BYRON JOHNSON, the motion is granted, and the indictment is hereby dismissed as to this particular defendant.

                                        S/Patrick J. Duggan
                                        Patrick J. Duggan
                                        United States District Judge

Dated: April 7, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 7, 2010, by electronic and/or ordinary mail.

                                        S/Marilyn Orem
                                        Case Manager